## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

**JASON BALTIMORE**,

      Plaintiff,

      v.

**CHERE REXROAT**, *Acting Architect of the Capitol*,

      Defendant.

---

Case No. 1:23-cv-3068 (TNM)

## <u>ORDER</u>

For the reasons stated on the record during today's hearing, it is hereby

**ORDERED** that *Kraft v. Rexroat* (No. 23-cv-2334), *Bahm v. Rexroat* (No. 23-cv-2423),

*O'Donnell v. Rexroat* (No. 23-cv-2973), and *Baltimore v. Rexroat* (No. 23-cv-3068) are

CONSOLIDATED under Federal Rule of Civil Procedure 42(a); and it is further

**REQUESTED** that the Clerk of Court create a new miscellaneous matter which will

include all of the individual cases listed above; and it is further

**ORDERED** that all pleadings, motions, or other papers relating to the consolidated cases

be filed on the docket of the miscellaneous matter only and bear the following caption, reflecting

the miscellaneous action number once it is assigned by the Clerk of Court:

[Caption on Following Page]

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **IN RE: ARCHITECT OF THE CAPITOL EMPLOYMENT DISPUTE**<br><br>LEAD CASE: *Kraft v. Rexroat*, |
| This Document Relates To:<br><br>ALL CASES |

Misc. Action No. 24-_____ (TNM)

When the document being filed relates to all cases, the phrase "ALL CASES" must appear immediately below the phrase "This Document Relates To." When the document pertains to fewer than all cases, the document should list each case to which the document relates on a separate line below the phrase "This Document Relates To."

This Order shall be docketed in each of the individual cases. And it is further

**ORDERED** that Plaintiffs' consolidated Amended Complaint in the new miscellaneous action shall be due by March 21, 2024; and it is further

**ORDERED** that Defendant's response shall be due by April 4, 2024.

**SO ORDERED**.


_____
/s/
Dated:  February 29, 2024                      TREVOR N. McFADDEN, U.S.D.J.