UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ARCHITECT OF THE CAPITOL EMPLOYMENT DISPUTE<br><br>LEAD CASE: *Kraft v. Rexroat*,<br>―――――――――――――――――<br>This Document Relates To:<br><br>ALL CASES | Misc. Action No. 24-0032 (TNM) |

**JOINT STATUS REPORT**

Pursuant to the Court's July 8, 2025, Minute Order, Plaintiffs Jon Kraft, Jason Baltimore, William O'Donnell, and Peter Bahm and Defendant the Architect of the Capitol ("Defendant"), by and through their undersigned counsel, respectfully submit this Joint Status Report.

On June 10, 2025, Plaintiff Baltimore accepted Defendant's offer of judgment. ECF No. 27. Pursuant to Federal Rule of Civil Procedure 68, the parties are waiting for the Clerk to enter the judgment.

On July 7, 2025, Plaintiffs Jon Kraft, William O'Donnell, and Peter Bahm agreed in principle on settlements that dispose of this litigation in its entirety without the need to further burden the Court.

On July 14, 2025, the parties agreed to potential finalized settlement language for Plaintiffs Kraft, O'Donnell, and Bahm. Defendant reports that once that language was finalized, undersigned counsel submitted the settlements for formal approval within the Department of Justice.

On July 22, 2025, and July 31, 2025, Plaintiffs followed up with Defendant regarding the settlements. Defendant notified Plaintiffs that the settlements are in the formal approval process.

1

Undersigned counsel for Defendant reports that on August 5, 2025, she again followed up with her superiors regarding the approval and was advised that the settlements are in the formal approval process.

The parties respectfully propose that they be ordered to file a joint status report in thirty (30) days, on or before September 8, 2025, advising the Court of the status of the settlements, if a stipulation of dismissal has not been filed before that time.

Dated: August 7, 2025                          Respectfully submitted,

*/s/ Anita Mazumdar Chambers*
R. Scott Oswald
Anita Mazumdar Chambers
Austin Szabo
The Employment Law Group, PC
1717 K Street NW, Suite 1110
Washington, D.C. 20006
(202) 261-2830
(202) 261-2835 (facsimile)
achambers@employmentlawgroup.com
soswald@employmentlawgroup.com
aszabo@employmentlawgroup.com

*Attorneys for Plaintiffs*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kaitlin K. Eckrote*
     KAITLIN K. ECKROTE
     D.C. Bar #1670899
     Assistant United States Attorney
     601 D Street NW
     Washington, D.C. 20530
     (202) 252-2485

*Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 7, 2025 a true and correct copy of the foregoing was served via PACER to:

Kaitlin K. Eckrote
Assistant United States Attorney
601 D St., N.W.
Washington, D.C. 20530
(202) 252-2485
Kaitlin.Eckrote@usdoj.gov

*Attorney for the United States of America*

　　　　　　　　　　　　　　　　　　　　　　*/s/ Anita Mazumdar Chambers*
　　　　　　　　　　　　　　　　　　　　　　Anita Mazumdar Chambers