UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ARCHITECT OF THE CAPITOL EMPLOYMENT DISPUTE<br><br>LEAD CASE: *Kraft v. Rexroat*,<br><br>This Document Relates To:<br><br>ALL CASES | Misc. No. 24-0032 (TNM) |

**JOINT STATUS REPORT**

Pursuant to the Court's September 8, 2025, Minute Order, Plaintiffs Jon Kraft, Jason Baltimore, William O'Donnell, and Peter Bahm and Defendant the Architect of the Capitol ("Defendant"), by and through their undersigned counsel, respectfully submit this Joint Status Report.

On June 10, 2025, Plaintiff Baltimore accepted Defendant's offer of judgment. ECF No. 27. The Parties respectfully request that the Clerk enter the offer of judgment pursuant to Federal Rule of Civil Procedure 68, so the parties can finalize that settlement and dismiss Baltimore's case.

On October 1, 2025, the Court issued Executive Order 25-55, and deadlines were extended by the number of days of the government's lapse in appropriations, plus 10 days.[1]

---

[1] After the government reopened on November 14, 2025, the Parties calculated the due date for the Joint Status Report as December 1, 54 days from October 8.

Since the last joint status report on August 7, 2025, and after the government shutdown ended, Defendant sent proposed settlement agreements for Kraft, O'Donnell, and Bahm on November 19, 2025.

On November 24, 2025, Kraft, O'Donnell, and Bahm, through their counsel, returned the executed agreements to Defendant. Currently, the agreements are in the next and final approval stage.

The parties respectfully propose that they be ordered to file a joint status report on or before January 3, 2025, advising the Court of the status of the settlements, if a stipulation of dismissal has not been filed before that time.

Dated: December 1, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Anita Mazumdar Chambers* | JEANINE FERRIS PIRRO |
| R. Scott Oswald | United States Attorney |
| Anita Mazumdar Chambers | |
| Austin Ray Szabo | By:   */s/ Kaitlin K. Eckrote* |
| The Employment Law Group, PC | KAITLIN K. ECKROTE |
| 1717 K Street NW, Suite 1110 | D.C. Bar #1670899 |
| Washington, D.C. 20006 | Assistant United States Attorney |
| (202) 261-2830 | 601 D Street NW |
| (202) 261-2835 (facsimile) | Washington, D.C. 20530 |
| achambers@employmentlawgroup.com | (202) 252-2485 |
| soswald@employmentlawgroup.com | |
| aszabo@employmentlawgroup.com | *Attorneys for the United States of America* |

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2025 a true and correct copy of the foregoing was served via PACER to:

Kaitlin K. Eckrote
Assistant United States Attorney
601 D St., N.W.
Washington, D.C. 20530
(202) 252-2485
Kaitlin.Eckrote@usdoj.gov

*Attorney for the United States of America*

                                                    */s/ Anita Mazumdar Chambers*
                                                    Anita Mazumdar Chambers